IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                         4:09CR00062-01-WRW

ALAN ROSS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is committed to the custody of the Bureau of Prisons for imprisonment for 27 months at a designated Bureau of Prisons correctional facility. The Court recommends Mr. Ross be placed at the correctional facility in Millington, Tennessee or Forrest City, Arkansas. Mr. Ross is to participate in residential or nonresidential substance abuse treatment during incarceration. There is no supervised release to follow imprisonment. The defendant is remanded into the custody of the U.S. Marshal.

The remaining terms and conditions of Mr. Ross's previously imposed sentence remain in full force and effect.

IT IS SO ORDERED this 30th day of June, 2010.

                                              /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE

supvrl.2.Ross.wpd